**Electronically Filed**
**Supreme Court**
**SCWC-20-0000667**
**17-OCT-2022**
**12:59 PM**
**Dkt. 3 ODAC**

SCWC-20-0000667

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

SHECKY CABULIZAN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000667; CASE NO. 3DCW-20-0000110)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Shecky Cabulizan's

Application for Writ of Certiorari, filed on September 28, 2022,

is hereby rejected.

DATED: Honolulu, Hawai'i, October 17, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd. W. Eddins

